**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Gary W. Smith, an individual, | No. CV 06-2688 PHX LOA |
| Plaintiff, | **ORDER EXTENDING TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING** |
| Vs. | |
| Zurich American Insurance Company, an Illinois corporation, | |
| Defendant. | |

Pursuant to defendant Zurich American Insurance Company's Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading,

**IT IS HEREBY ORDERED** that defendant Zurich American Insurance Company shall have until November 22, 2006 to file its answer, or other responsive pleading, to plaintiff Gary W. Smith's complaint.

DATED this 15th day of November, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge

Dockets.Justia.com